IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KRYSTLE LALL**                                                                                       **PLAINTIFF**

**v.**                              **CASE NO. 4:17-CV-00819 BSM**

**FINKELSTEIN, KERN, STEINBERG &**
**CUNNINGHAM, P.C.; MIDLAND FUNDING, LLC**
**and MIDLAND CREDIT MANAGEMENT, INC.**                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice and the parties shall bear their own costs.

IT IS SO ORDERED this 30th day of March 2018.

_____
UNITED STATES DISTRICT JUDGE